# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Hugo Gomez-Soto<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:25-mj-124<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Dec. 29, 2023 and Jan. 25, 2024 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | (1) Distribution of fentanyl, a Schedule II controlled substance, resulting in death and serious bodily injury; and,<br><br>(2) Possession with intent to distribute fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Guy Gino.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Guy Gino, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:15 PM ~~a.m.~~/p.m.

Date: May 9, 2025

*(signed)* Jolie A. Russo
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*