Ryan Costello, IL SB #6317378
Megha Desai, OSB #141441
Assistant Federal Public Defenders
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Emails: Ryan_Costello@fd.org
        Megha_Desai@fd.org
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00253-AB |
| Plaintiff, | |
| v. | DEFENDANT'S TRIAL MEMORANDUM |
| HUGO GOMEZ-SOTO, | |
| Defendant. | |

Hugo Gomez-Soto, through counsel, files this trial memorandum. The government charged Mr. Gomez-Soto with Distribution of Fentanyl Resulting in Death and Possession with Intent to Distribute Fentanyl (ECF 3). Mr. Gomez-Soto requests leave to present Mr. Gomez-Soto's defense at trial. In general, Mr. Gomez-Soto will contest the government's ability to prove both charges beyond a reasonable doubt.

Mr. Gomez-Soto recently filed a motion to dismiss Count One of the indictment with prejudice because the government failed to disclose exculpatory evidence, in violation of *Brady*

*v. Maryland*, 373 U.S. 83 (1963) and Mr. Gomez-Soto's Fifth Amendment Due Process rights, and this Court's Disclosure Order given at arraignment. The government filings its responsive briefing today (ECF 83) and anticipates the government will challenge the defense basis for the motion given recent discovery provided. Counsel for Mr. Gomez-Soto also met with the government on February 6, 2026, to discuss concerns about the *Brady* violation, and sent the government the defense draft motion on February 21, 2026.

Mr. Gomez-Soto requests an evidentiary hearing and oral argument on this motion to dismiss. Mr. Gomez-Soto may submit additional discovery requests to the government regarding this matter.

Additionally, today, Mr. Gomez-Soto filed a response (ECF 93) to the government's reply to defendant's objection to government's expert witness disclosures (ECF 58) and to the government's reply to defendant's amended objection to government's expert witness disclosures and objection to defendant's expert's qualifications and admissibility (ECF 72). This was the second response to ECF 72. *See* ECF 75. Finally, Mr. Gomez-Soto highlights the defendant's motion to withdraw Rule 16 challenges to government expert witnesses (ECF 82) to ensure the Court is aware of this motion too.

Here is the current list of defense trial filings filed on March 2, 2026:

1. Proposed *Voir Dire* Questions.

2. *Motions in Limine*.

3. Expert Witness List and Summary of Testimony.

4. Proposed Jury Instructions.

Finally, the defense is awaiting fulfillment of one discovery request for the Drug Enforcement Agency (DEA) price list for Portland, Oregon, made to the government on February 5, 2026. As of this filing, the government has not disclosed the DEA price lists.

Dated: March 2, 2026.

*/s/ Ryan Costello*
Ryan Costello, IL SB #6317378

*/s/ Megha Desai*
Megha Desai, OSB #141441