SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB #965128**
Scott.Kerin@usdoj.gov
**NICOLE M. BOCKELMAN, OSB #105934**
Nicole.Bockelman@usdoj.gov
**SARAH BARR, WSBA #40758**
Sarah.Barr@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00253-AB** |
| **v.** | **AMENDED GOVERNMENT'S EXHIBIT LIST** |
| **HUGO GOMEZ-SOTO,** | |
| **Defendant.** | **Trial Date: April 6, 2026** |

The United States of America hereby provides this Government's Exhibit List.

DATED this 6th day of April, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Scott M. Kerin*
SCOTT M. KERIN, OSB #965128

*/s/ Nicole M. Bockelman*
NICOLE M. BOCKELMAN, OSB #105934

*/s/ Sarah Barr*
SARAH BARR, WSBA #40758
Assistant United States Attorneys

**Amended Government's Exhibit List**                                                    **Page 1**

| United States v. Hugo Gomez-Soto 3:25-cr-00253-AB | | | | |
|---|---|---|---|---|
| Exhibit # | Description | Status (Preadmitted) | Offered | Received |
| 1. | Collage of Adult Victim 1 | Withdrawn | | |
| 2. | Photograph of Adult Victim 1 | Preadmitted | | |
| 3. | Photograph of Adult Victim 1-kitchen | Preadmitted | | |
| 4. | Photograph of Adult Victim 1-kitchen | Preadmitted | | |
| 5. | Photograph of front of residence | Preadmitted | | |
| 6. | Photograph of Hallway into Kitchen | Preadmitted | | |
| 7. | Photograph of kitchen | Preadmitted | | |
| 8. | Photograph of Sliding door of kitchen into backyard | Preadmitted | | |
| 9. | Photograph of Shed in backyard | Preadmitted | | |
| 10. | Photograph looking from shed to sliding door of kitchen | Preadmitted | | |
| 11. | Photograph of inside of shed | Preadmitted | | |
| 12. | AMR records | Preadmitted | | |
| 13. | Dr. Jordan Wackett OHSU, CV | Preadmitted | | |
| 14. | OHSU Medical records of Adult Victim 1 | Preadmitted | | |
| 15. | Adult Victim 1's iPhone ProMax | Preadmitted | | |

**Amended Government's Exhibit List**                                    **Page 2**

| 16. | Plastic container with 20 blue m-30 pills; tablets and white powder from Adult Victim 1 | Preadmitted | | |
| 17. | Two blue M-30 pills from Receipt A243315, item 1 | Preadmitted | | |
| 18. | One small baggie of white powder from Receipt A243315 | Preadmitted | | |
| 19. | Photographs of defendant's car | Preadmitted | | |
| 20. | Photograph of text messages between police and defendant on 1/25/24 | Preadmitted | | |
| 21. | Photograph of text messages between adult victim 1 and defendant on 12/27/23 and 12/29/23 | Preadmitted | | |
| 22. | Drug packaging material from defendant's car, Receipt A186847 | Preadmitted | | |
| 23. | Apple iPhone12 ProMax extraction | Preadmitted | | |
| 24. | Cash from defendant ($551) | Preadmitted | | |
| 25. | Defendant's black Apple iPhone with black case | Preadmitted | | |

**Amended Government's Exhibit List**                    **Page 3**

| | | | | |
|---|---|---|---|---|
| | Receipt 1370633 | | | |
| 26. | Photograph of fentanyl seized from defendant | Preadmitted | | |
| 27. | Two small baggies with white powder, Receipt 1370632 | Preadmitted | | |
| 28. | One baggie with blue M-d30 fentanyl pills / tablets, Receipt 1370632 | Preadmitted | | |
| 29. | Two pills removed from item 2 above for testing | Preadmitted | | |
| 30. | Shelli Martinez CV | Preadmitted | | |
| 31. | Femoral Blood Analytical Report - Martinez | Not submitted per Court ruling | | |
| 32. | Urine Analytical Report- Martinez | Not submitted per Court ruling | | |
| 33. | Dr. Nicole Stanley CV | Preadmitted | | |
| 34. | Medical Examiner Report Dr. Nicole Stanley | Revised exhibit is now Exhibit 61 | | |
| 35. | Forensic Examination Report | Not submitted per Court ruling | | |
| 36. | Photograph of Adult Victim 1-Lucas device | Preadmitted | | |
| 37. | Jonathan Dyer CV | Preadmitted | | |
| 38. | Lab Notes Dyer | Not submitted per Court ruling | | |

**Amended Government's Exhibit List**                                    **Page 4**

| 39. | OSP Lab Report (Dyer) | Not submitted per Court ruling | | |
| 40. | OSP Ex. 2, 2.1 | Preadmitted | | |
| 41. | 911 Call | Preadmitted | | |
| 42. | Picture M-30 tablet/ pill | Preadmitted | | |
| 43. | Ngan Vo CV | Preadmitted | | |
| 44. | Lab Notes Vo | Not submitted per Court ruling | | |
| 45. | OSP Lab Vo | Not submitted per Court ruling | | |
| 46. | Cellebrite Call Extraction Report | Preadmitted | | |
| 47. | Derrick Chevez Extraction Report | Preadmitted | | |
| 48. | Ryan Extraction Report | Preadmitted | | |
| 49. | OSP Ethanol Analytical report | Not submitted per Court ruling | | |
| 50. | Recording of Interview with defendant | Revised exhibit is now Exhibit 56 | | |
| 51. | Cellphone extraction | Preadmitted | | |
| 52. | Cellphone extraction | Preadmitted | | |
| 53. | Cellphone extraction | Preadmitted | | |
| 54. | Screenshots from cellphone extraction | Preadmitted | | |
| 55. | Chat – Wilver Hernandez | Revised exhibit is now Exhibit 57 | | |
| 56. | Recording of interview with defendant | | | |
| 57. | Chat – Wilver Hernandez | | | |
| 58. | Gomez-Soto Interview Translation | | | |
| 59. | Blue M30 pills in contained | | | |

**Amended Government's Exhibit List**                                      **Page 5**

| | | | | |
|---|---|---|---|---|
| | turned over by Randi Smith | | | |
| 60. | Blue M30 pills in contained turned over by Randi Smith | | | |
| 61. | Medical Examiner Report Dr. Nicole Stanley | | | |
| 62. | Gomez-Soto Interview - Miranda | | | |
| 63. | Gomez-Soto Interview Translation - Miranda | | | |